STATE OF CONNECTICUT *v.* SOL VASQUEZ
(11550)

FOTI, LAVERY and FREEDMAN, Js.

*Argued September 20—decision released October 5, 1993*

*Denise Derby,* special public defender, for the appellant (defendant).

*David J. Sheldon,* deputy assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *Edward Ricciardi,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.